IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROGER NELAN,

       Plaintiff,

vs.                                                                                  Civ. No. 01-585 JP/LCS

STEVEN and SHARI KAMINSKAS
d/b/a THUNDERBIRD COLLECTION
SPECIALISTS, INC.; and KEVIN SIMMS,

       Defendants.

## MEMORANDUM OPINION

This matter came before the Court on September 5, 2001, for the purpose of determining the reasonableness of attorney fees sought by Plaintiff. After hearing argument from counsel for Plaintiff and counsel for Defendants, I find that the Plaintiff's reasonable attorney fees in this matter are $1,510.00. Costs claimed by Plaintiff in the amount of $433.13 were not contested by Defendants.

                                                                                 _____
                                                                             UNITED STATES MAGISTRATE JUDGE